United States District Court
Southern District of Texas
**ENTERED**
September 08, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTINA BUTLER, | § § § | |
| Plaintiff, | § § | |
| vs. | § § § | CIVIL ACTION NO. |
| | § § | 4:16-cv-3531 |
| METROPOLITAN LLOYDS INSURANCE COMPANY OF TEXAS AND TRAVIS LYNN HENGST | § § § § § | **(JURY)** |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Came on for consideration the Joint Dismissal With Prejudice of Plaintiff Christina Butler, and Defendants, Metropolitan Lloyds Insurance Company of Texas and Travis Lynn Hengst, requesting a dismissal of the Plaintiff's claims with prejudice against Defendants Metropolitan Lloyds Insurance Company of Texas and Travis Lynn Hengst. The Court, after having considered the Joint Stipulation of Dismissal With Prejudice, and the pleadings on file herein, is of the opinion that same should be grated.

IT IS THEREFORE ORDERED that all of Plaintiff's claims against Defendants are hereby dismissed with prejudice, with all costs adjudged against the party incurring same.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.
Signed this 8th day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE